IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA TAITE,

    **Plaintiff,**

    v.          No. 1:13-cv-792

UNIVERSITY OF NEW MEXICO, et al.,

    **Defendants.**

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW,** Jason J. Lewis and hereby enters his appearance on behalf of all defendants in the above-referenced matter.

Respectfully submitted,

LAW OFFICE OF JASON J. LEWIS, LLC

/s/ *Jason J. Lewis*
Jason J. Lewis
2501 Rio Grande Blvd. NW, Suite B
Albuquerque, NM 87104
(505) 244-0950

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2014, I filed the foregoing pleading via CM-ECF, causing all registered parties to be served and mailed the forgoing answer to all parties or counsel of record:

/s/ *Jason J. Lewis*
Jason J. Lewis